MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: **Vanderwerf, John**  Chapter 7 Case No. 09-31661

Please Check One:

☒ Unclaimed Dividends

☐ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Immanuel St. Josephs<br>1025 Marsh Street<br>Mankato, MN 56002 | 8 | $16.00 | $1.67 |

Dated: December 15, 2009

*/s/ Paul Bucher*
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111